UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 08-07399-MMM<br>BKCY: 06-bk-16101-BB | Date | November 17, 2011 |
|---|---|---|---|

| Title | *In re Debtor: Morry Waksbert MD*<br>Morry Waksberg vs Levene, Neale, Bender, Rankin & Brill LLP |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**    [In Chambers] Order to Show Cause

On March 28, 2011, the court received a mandate vacating and remanding the case to this court. On May 9, 2011, the court issued an order setting forth a briefing schedule as follows:

Opening brief due: May 31, 2011
Responsive brief due: June 28, 2011
Reply brief due: July 12, 2011

No briefing having been filed, the court issues and Order to Show Cause why this case should not be dismissed for not complying with this court's orders. A written response shall be filed no later than November 23, 2011 at 2:00 p.m.